EDWARD ROSE et al., Respondents, *v.* HERBERT D. SWARTHOUT, Appellant, Impleaded with Another.

*Rose* v. *Swarthout*, 148 App. Div. 934, affirmed.
(Argued February 11, 1914; decided March 3, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 20, 1912, affirming a judgment in favor of plaintiffs entered upon a verdict in an action to recover damages alleged to have been occasioned plaintiffs by the fraud and deceit of defendant in the sale to them of certain stocks.

*William S. Moore* for appellant.

*William S. Bachman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, MILLER and CARDOZO, JJ.